**BRUCE A. BLAKEMAN**
County Executive



**THOMAS A. ADAMS**
County Attorney

### COUNTY OF NASSAU
### OFFICE OF THE COUNTY ATTORNEY

October 17, 2025

Honorable Judge Steven Tiscione | Magistrate Judge
United States District Court for the Eastern District of New York
100 Federal Plaza, Central Islip, New York 11722

      Re:    *Phifer v. Nassau County et al*
               Civil Case No.: 2:24-cv-06388-JMA-ST

Dear Your Honor:

I would like to apologize to the Court and adversarial counsel for my absence regarding the telephone conference on October 15, 2025. I was managing cases in the Calendar Control Part of the Nassau County Supreme Court and thought I would be back in time to make the telephonic appearance.

Please be advised that Matthew Klopman has been sworn into the Federal Bar, and shall be filing his notice of appearance briefly.

The Office of the Nassau County Attorney represents defendants County Defendants, The County of Nassau, Nassau County Police Department, Commissioner Patrick Ryder, Sergeant Daneil Imondi, Police Officer Patrick McGrath, Police Officer Quinn R. Knauer, and Police Officer Fosbeck, in their individual and official capacities (hereinafter, collectively referred to as the "County Defendants").

The Court's time and attention to this matter is greatly appreciated.

Respectfully,

*Nicholas Zotto*
Nicholas Zotto, Esq.

**1 WEST STREET, MINEOLA, NEW YORK 11501-4820**
**PHONE – 516-571-3056 | FAX – 516-571-6684, 6604**

Deputy County Attorney
*Attorney for Nassau County*
Office of the Nassau County Attorney
1 West Street, Mineola, New York 11501
Nzotto@nassaucountyny.gov
516-571-3012


TO:

**Albert Darnell Manuel , III**
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempsead, NY 11550
516-489-6959
Fax: 516-489-6958
Email: a.shamel.manuel@brewingtonlaw.com
*ATTORNEY TO BE NOTICED*

**Cobia Malik Powell**
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, NY 11550
516-489-6959
Fax: 516-489-6958
Email: cobia.powell@brewingtonlaw.com
*ATTORNEY TO BE NOTICED*

**Frederick K. Brewington**
Law Offices of Frederick K. Brewington
556 Peninsula Boulevard
Hempstead, NY 11550
516-489-6959
Fax: 516-489-6958
Email: fred@brewingtonlaw.com
*ATTORNEY TO BE NOTICED*